IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANELLE M. FREEMAN,                                3:11-CV-00401-JE
           Plaintiff,

                                                   ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

           Defendant.


LISA J. PORTER
KP law LLC
Attorney at Law
9900 S.W. Greenburg Rd., Suite 235
Portland, OR  97223
(520) 245-6309

        Attorneys for Plaintiff

S. AMANDA MARSHALL
United States Attorney
ADRIAN L. BROWN
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97201
(503) 727-1003

1  -  ORDER

DAVID MORADO
Regional Chief Counsel
**BENJAMIN J. GROEBNER**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA  98104
(206) 615-2494

Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#26) on August 29, 2012, in which he recommends the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income.  Plaintiff filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has reviewed the record *de novo*, including Plaintiff's Objections.  In her Objections, Plaintiff reiterates the arguments she previously made, each of which the Magistrate Judge thoroughly addressed in his Findings and Recommendation.

2 - ORDER

The Court concludes Plaintiff has not provided a basis to modify or to alter the Magistrate Judge's Findings and Recommendation as to any of the issues addressed herein or to remand this matter to the Commissioner for further development of the record.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#26). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 9th day of October, 2012.

_____
ANNA J. BROWN
United States District Judge